Chester BOWLES, Administrator, Office of Price Administration, v. M. R. CHRISTENSEN.

No. 3186.

Circuit Court of Appeals, Tenth Circuit.

Nov. 6, 1945.

Fleming James, Jr., Director of Litigation, and David London, Chief, Appellate Branch, Office of Price Administration, both of Washington, D. C., and Max D. Melville, Regional Litigation Atty., Office of Price Administration, of Denver, Colo., for appellant.

Rodey, Dickason & Sloan and Frank M. Mims, all of Albuquerque, N. M., for appellee.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellee, appellant consenting thereto.

CENTRAL OPERA COMPANY, Inc., Appellant, v. ROTHLEN ASSOCIATES, Inc., Appellee.

No. 107.

Circuit Court of Appeals, Second Circuit.

Nov. 30, 1945.

Borris M. Komar, of New York City, for appellant.

Robert H. Sterling, of New York City, for appellee.

Before L. HAND, SWAN, and FRANK, Circuit Judges.

PER CURIAM.

Affirmed on authority of Case v. Los Angeles Lumber Products Co., 308 U.S. 106, 60 S.Ct. 1, 84 L.Ed. 110, and Marine Harbor Properties, Inc., v. Manufacturer's Trust Co., 317 U.S. 78, 63 S.Ct. 93, 87 L. Ed. 64.

Order affirmed.

CHICAGO, BURLINGTON & QUINCY RAILROAD COMPANY, a Corporation, Appellant, v. Fred W. BREAKER.

No. 13208.

Circuit Court of Appeals, Eighth Circuit.

Nov. 20, 1945.

Stearns & Stearns, of St. Paul, Minn., for appellant.

Eugene A. Rerat, of Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without the taxation of costs in favor of either of the parties in this Court, on notice of appellant of dismissal of appeal and consent of appellee.

Ed COLE et al. v. D. Allan HARMON, an Individual Doing Business as Harmon Construction Company et al.

No. 3271.

Circuit Court of Appeals, Tenth Circuit.

Nov. 29, 1945.

Gomer Smith and Jean P. Day, both of Oklahoma City, Okla., for appellant.

Goode & Goode, of Shawnee, Okla., and Keaton, Wells & Johnston and Robert E. Shelton, all of Oklahoma City, Okla., for appellees.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Docketed and dismissed on joint motion and stipulation of the parties.